IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID FILLMORE**                                                                                    **PLAINTIFF**

v.                          CASE NO. 4:20-CV-00401-BSM

**G4S SECURE SOLUTIONS (USA), INC.**                                               **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE